# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS SUPPLY,
INC. AND ACTIVE SOLUTIONS,
LLC

NO.  2022 CW 1211

**JANUARY 18, 2024**

---

In Re:   Camsoft Data Systems, Inc., applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 582741.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**REFERRAL TO APPEAL RECALLED; WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**PMc**
**GH**

**Greene, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT